[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 7, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-11333
Non-Argument Calendar
_____

D. C. Docket No. 04-01131-CV-T-N

CATHERON PATE,

Plaintiff-Appellant,

versus

WEST PUBLISHING CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

**(September 7, 2006)**

Before ANDERSON, BIRCH and WILSON, Circuit Judges.

PER CURIAM:

Catheron Pate is an Asian-American female who was terminated from her

job at West Publishing Corporation for violating the company's policies against sexual harassment and for using profanity during a subsequent internal investigation. Her appeal challenges the district court's decision granting summary judgment on allegations that West discriminated against her because of her sex and national origin in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2 and 1981. Having considered the briefs and the record, we agree with the district court that although Pate produced evidence that the "processes and interactions leading to her termination were opaque and misleading" Pate nevertheless failed to bring forth sufficient evidence that West's reasons for terminating her were a pretext for discrimination.

**AFFIRMED**.